IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KHARYN RAMSAY | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 12-2741 |
| SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC and JEFFREY TAPPER, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

For the reasons stated in the foregoing Memorandum Opinion, it is this 31st day of May, 2013, ORDERED that:

1. Defendant Sawyer Property Management's Motion to Dismiss (ECF No. 14), incorporated against the Plaintiff's Amended Complaint, is GRANTED;

2. Defendant Jeffrey Tapper's Motion to Dismiss (ECF No. 17) is GRANTED;

3. Defendant Jeffrey Tapper's original Motion to Dismiss (ECF No. 13) is MOOT;

4. Plaintiff Kharyn Ramsay's Fair Debt Collection Practices Act claim is DISMISSED WITH PREJUDICE;

5. Plaintiff's state claims under the Maryland Consumer Debt Collection Act and Maryland Consumer Protection Act are DISMISSED WITHOUT PREJUDICE;

6. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel; and

7. The Clerk of the Court CLOSE THIS CASE.

_____/s/_____

Richard D. Bennett
United States District Judge