# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KHARYN RAMSAY,** | * |
| *Plaintiff,* | * |
| v. | *  No. 1:12-cv-02741-RDB |
| **SAWYER PROPERTY MANAGEMENT OF MARYLAND, LLC and JEFFREY TAPPER, ATTORNEY-AT-LAW,** | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Kharyn Ramsay, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the May 31, 2013, order that granted Defendants' motions to dismiss and dismissed with prejudice Plaintiff's Fair Debt Collection Practices Act claim. A copy of the order and the memorandum accompanying the order are attached hereto.

This 20th day of June, 2013.

/s/ E. David Hoskins
E. David Hoskins, Esq., No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

1

>/s/ Max F. Brauer
>Max F. Brauer, No. 30162
>THE LAW OFFICES OF E. DAVID HOSKINS, LLC
>2 Hamill Road, Ste. 362
>Baltimore, Maryland 21210
>(410) 662-6500 (Tel.)
>(410) 662-7800 (Fax)
>maxbrauer@hoskinslaw.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was served electronically through the Court's CM/ECF system upon counsel for all parties.

June 20, 2013.                    */s/ E. David Hoskins*